1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

FRANCO CASSELLA, DEAN MARCONI, AND JACOBY PLUMMER, Derivatively On Behalf Of FUNKO, INC.,

              Plaintiffs,

v.

BRIAN MARIOTTI, GINO DELLOMO, MICHAEL LUNSFORD, CHARLES DENSON, ADAM KRIGER, KEN BROTMAN, and DIANE IRVINE,

              Defendants,

-and-

FUNKO, INC.,

              Nominal Defendant.

Case No.: 2:20-cv-03740-VAP-PJW

**ORDER CONSOLIDATING RELATED ACTIONS, ACCEPTING SERVICE, AND APPOINTING CO-LEAD COUNSEL**

*Captions continue on following page*

ORDER CONSOLIDATING RELATED ACTIONS, ACCEPTING SERVICE, AND APPOINTING CO-LEAD COUNSEL
Case No.: 2:20-cv-03740-VAP-PJW

1    AMBER EVANS, derivatively on behalf
2    of FUNKO, INC.
                                                     Case No. 2:20-cv-05001-VAP-PJW
3

4

5           Plaintiff,

6           v.

7
     BRIAN MARIOTTI, JENNIFER FALL
8    JUNG, RUSSELL NICKEL, KEN
     BROTMAN, GINO DELLOMO,
9    CHARLES DENSON, DIANE IRVINE,
     ADAM KRIGER, MICHAEL
10   LUNSFORD, and SARAH
     KIRSHBAUM LEVY,
11

12          Defendants,

13          and

14
     FUNKO, INC.,
15

16          Nominal Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONSOLIDATING RELATED ACTIONS, ACCEPTING SERVICE, AND
APPOINTING CO-LEAD COUNSEL
Case No.: 2:20-cv-03740-VAP-PJW

| | |
|---|---|
| 1 | MICHAEL IGELIDO, derivatively on behalf of FUNKO, INC. |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | |
| 6 | BRIAN MARIOTTI, JENNIFER FALL JUNG, RUSSELL NICKEL, KEN |
| 7 | BROTMAN, GINO DELLOMO, CHARLES DENSON, DIANE IRVINE, |
| 8 | ADAM KRIGER, MICHAEL LUNSFORD, and SARAH |
| 9 | KIRSHBAUM LEVY, |
| 10 | Defendants, |
| 11 | |
| 12 | and |
| 13 | FUNKO, INC., |
| 14 | |
| 15 | Nominal Defendant. |

Case No. 2:20-cv-05177-VAP-PJW

The Joint Stipulation Consolidating Related Actions, Accepting Service, and Appointing Co-Lead having been considered, and good cause appearing therefore, it is hereby ordered that:

1.     The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 2:20-cv-03740-VAP-PJW (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Franco Cassella, et al. v. Brian Mariotti, et al.* | 2:20-cv-03740-VAP-PJW | April 23, 2020 |
| *Amber Evans v. Brian Mariotti, et al.* | 2:20-cv-05001-VAP-PJW | June 5, 2020 |
| *Michael Igelido v. Brian Mariotti, et al.* | 2:20-cv-05177-VAP-PJW | June 16, 2020 |

ORDER CONSOLIDATING RELATED ACTIONS, ACCEPTING SERVICE, AND
APPOINTING CO-LEAD COUNSEL
Case No.: 2:20-cv-03740-VAP-PJW

2.     Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FUNKO, INC. DERIVATIVE LITIGATION | Lead Case No. 2:20-cv-03740-VAP-PJW |
| This Document Relates to: ALL ACTIONS | |

3.  All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case 2:20-cv-03740-VAP-PJW.  Accordingly, the following consolidated cases shall be administratively closed:

| <u>Case Name</u> | <u>Case Number</u> |
|---|---|
| *Amber Evans v. Brian Mariotti, et al.* | 2:20-cv-05001-VAP-PJW |
| *Michael Igelido v. Brian Mariotti, et al.* | 2:20-cv-05177-VAP-PJW |

4.     Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Action shall be:

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

- 4 -

Email: tjmckenna@gme-law.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

5.     Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

6.     Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs.  No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

7.     Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

8.     This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court.  When a shareholder derivative action that properly belongs as part of *In re Funko, Inc. Derivative Litigation*, Lead Case No. 2:20-cv-03740-VAP-PJW, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that

- 5 -

might properly be consolidated as part of *In re Funko, Inc. Derivative Litigation*, Lead Case No. 2:20-cv-03740-VAP-PJW, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.  Such case will be automatically consolidated, unless otherwise ordered, with the result that the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later substantially similar shareholder derivative actions filed in this Court, removed to this Court, reassigned to the Court, or transferred here from another court.

9.     The Individual Defendants hereby accept service of the complaints filed in the *Evans* Action and the *Igelido* Action.

10.     Nominal defendant Funko hereby accepts service of the complaint filed in the *Igelido* Action.

11.     The parties shall submit a proposed schedule to the Court within thirty (30) days of entry of this Order. Defendants are not required to answer or otherwise respond to the respective complaints filed in the Consolidated Action until the deadline set forth in the Court's order on the parties' proposed schedule.

12.     This Order is without prejudice to any and all defenses Defendants may assert, except as to sufficiency of service of process, in this or any of the above-referenced actions and without prejudice to any and all claims Plaintiffs may assert.


IT IS SO ORDERED.


Dated: July 6, 2020

THE HON. VIRGINIA A. PHILLIPS
DISTRICT COURT JUDGE

- 6 -

ORDER CONSOLIDATING RELATED ACTIONS, ACCEPTING SERVICE, AND
APPOINTING CO-LEAD COUNSEL
Case No.: 2:20-cv-03740-VAP-PJW