1  LATHAM & WATKINS LLP
     Meryn C. N. Grant (State Bar No. 291315)
2    *meryn.grant@lw.com*
   355 South Grand Avenue, Suite 100
3  Los Angeles, California  90071-1560
   Telephone: +1.213.485.1234
4  Facsimile: +1.213.891.8763

5  LATHAM & WATKINS LLP
     Benjamin A. Naftalis (*pro hac vice forthcoming*)
6    *benjamin.naftalis@lw.com*
     Kevin M. McDonough (*pro hac vice forthcoming*)
7    *kevin.mcdonough@lw.com*
   885 Third Avenue
8  New York, New York  10022-4834
   Telephone: +1.212.906.1200
9  Facsimile: +1.212.751.4864

10 Counsel for Defendants and Nominal Defendant Funko, Inc.

11              **UNITED STATES DISTRICT COURT**

12             **CENTRAL DISTRICT OF CALIFORNIA**

13 IN RE FUNKO, INC.                    Lead Case No. 2:20−cv−03740−VAP−PJW
   DERIVATIVE LITIGATION
14                                       **ORDER STAYING ACTION**

15
   This Document Relates to:
16
        ALL ACTIONS
17

18

19     Having reviewed the stipulation of Nominal Defendant Funko, Inc.;

20 Defendants Brian Mariotti, Gino Dellomo, Michael Lunsford, Charles Denson,

21 Adam Kriger, Ken Brotman, Diane Irvine, Jennifer Fall Jung, Russell Nickel, and

22 Sarah Kirshbaum Levy; and Plaintiffs Franco Cassella, Dean Marconi, Jacoby

23 Plummer, Amber Evans, and Michael Igelido, and good cause appearing therefor,

24 the Court hereby ORDERS that:

25     1.     The above-captioned action (the "Derivative Action") shall be

26 temporarily stayed until the entry of an order finally resolving the motion to dismiss

27 the amended complaint in the related securities class action pending in this Court,

28 captioned *Gilberto Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319-VAP-

1  PJW (C.D. Cal.) (the "Securities Litigation"), and the exhaustion of all appeals

2  thereto, as the stay will promote the efficient and orderly administration of justice

3  by coordinating the prosecution of the Derivative Action and the Securities

4  Litigation.

5      2.     Defendants shall promptly notify Plaintiffs of any related derivative

6  lawsuits of which they become aware.

7      3.     If the plaintiff in any related derivative lawsuit refuses to agree to a stay

8  under similar terms, Plaintiffs may lift the agreed stay upon ten (10) days' notice in

9  writing.

10     4.     During the pendency of the stay, Plaintiffs may file a consolidated

11  complaint, though Defendants are not required to move against, answer or otherwise

12  respond to such a consolidated complaint during the pendency of the stay.

13     5.     Within fifteen (15) days following the lifting of the stay in accordance

14  with the provisions of this order, the Parties will submit a proposed schedule to the

15  Court regarding Defendants' response to the complaint in the Derivative Action.

16     6.     All deadlines, hearings, or conferences currently scheduled shall be

17  postponed until the date and time that will be specified in the proposed scheduling

18  order to be submitted by the Parties, or as otherwise set by the Court.

19     **IT IS SO ORDERED.**

20

21

22  DATED: 08/13/2020

23  _____
    Hon. Virginia A. Phillips
    United States District Judge

24

25

26

27

28