LATHAM & WATKINS LLP
  Kevin M. McDonough (*pro hac vice*)
  kevin.mcdonough@lw.com
  Thomas J. Giblin (*pro hac vice*)
  thomas.giblin@lw.com
1271 Avenue of the Americas
New York, New York  10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

LATHAM & WATKINS LLP
  Meryn C. N. Grant (State Bar No. 291315)
  meryn.grant@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Counsel for Defendants

[Additional counsel on signature page]

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE FUNKO, INC. DERIVATIVE LITIGATION | Lead Case No. 2:20-cv-03740-VAP-PJW |
|---|---|
| This Document Relates to:<br>ALL ACTIONS | **NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT STIPULATION TO STAY ACTION**<br><br>Honorable Virginia A. Phillips |

WHEREAS, on April 23, 2020, Plaintiffs Franco Cassella, Dean Marconi, and Jacoby Plummer filed a stockholder derivative action in this Court on behalf of nominal defendant Funko, Inc. ("Funko") against certain of its officers and directors, captioned *Franco Cassella, et al. v. Brian Mariotti, et al.*, Case No. 2:20-cv-03740 (C.D. Cal.);

1  WHEREAS, on June 5, 2020, Plaintiff Amber Evans filed a stockholder derivative action in this Court, arising out of the same transactions and events, captioned *Amber Evans v. Brian Mariotti, et al.*, Case No. 2:20-cv-05001;

WHEREAS, on June 16, 2020, Plaintiff Michael Igelido filed a stockholder derivative action in this Court, also arising out of the same transactions and events, captioned *Michael Igelido v. Brian Mariotti, et al.*, Case No. 2:20-cv-05177;

WHEREAS, on July 6, 2020, the Court entered an Order consolidating *Cassella*, *Evans*, and *Igelido* into this derivative action (the "Consolidated Derivative Action") as arising out of the same, or substantially the same, transactions or events (Dkt. No 18);

WHEREAS, this action is related to two other derivative actions, which are based on a derivative theory that demand was wrongfully refused by the board of directors of Funko, but which share the same nucleus of operative facts as the Consolidated Derivative Action.  One is pending before this Court under the caption *Smith v. Mariotti*, Case No. 2:22-cv-03155-VAP (MAA), and another is pending before the Delaware Court of Chancery under the caption *Fletcher v. Mariotti*, No. 2022-0591 (Del. Ch.) (together, the "Demand Made Derivative Actions");

WHEREAS, the parties have reached a global agreement in principle to settle all claims related to the Consolidated Derivative Action and Demand Made Derivative Actions, but require additional time to formalize the settlement and file a motion for approval of this derivative action settlement;

WHEREAS, the parties have conferred and agree that it would be efficient and in the interest of the conservation of the parties' and the Court's resources for this matter to be temporarily stayed in the interim.

IT IS HEREBY STIPULATED AND AGREED THAT:

1. In light of the settlement reached by the parties, this action is stayed and all deadlines are adjourned pending finalization of the settlement and the filing of a forthcoming motion to approve the settlement.

- 2 -

| | | |
|---|---|---|
| 1 | IT IS STIPULATED | |
| 2 | DATED: March 10, 2023 | **LATHAM & WATKINS LLP** |
| 3 | | |
| 4 | | By: /s/ *Thomas J. Giblin* |
| | | Thomas J. Giblin |
| 5 | | (*pro hac vice*) |
| 6 | | Kevin M. McDonough |
| | | (*pro hac vice*) |
| 7 | | 1271 Avenue of the Americas |
| 8 | | New York, New York 10020 |
| | | Tel: +1.212.906.1200 |
| 9 | | Fax: +1.212.751.4864 |
| 10 | | Email: thomas.giblin@lw.com |
| | | Email: kevin.mcdonough@lw.com |
| 11 | | Email: alexis.godfrey@lw.com |
| 12 | | |
| 13 | | Meryn C. N. Grant |
| | | (State Bar No. 291315) |
| 14 | | 355 South Grand Avenue, Suite 100 |
| 15 | | Los Angeles, California 90071-1560 |
| | | Tel: +1.213.485.1234 |
| 16 | | Fax: +1.213.891.8763 |
| 17 | | Email: meryn.grant@lw.com |
| 18 | | |
| 19 | | *Counsel for Defendants Brian Mariotti, Gino Dellomo, Michael* |
| 20 | | *Lunsford, Charles Denson, Adam Kriger, Ken Brotman, Diane Irvine,* |
| 21 | | *Jennifer Fall Jung, Russell Nickel, and Sarah Kirshbaum Levy and* |
| 22 | | *Nominal Defendant Funko, Inc.* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**THE ROSEN LAW FIRM, P.A.**
By: /s/ *Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Amber Evans and Co-Lead Counsel*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (*pro hac vice*)
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com

*Counsel for Plaintiffs Franco Cassella, Dean Marconi, and Jacoby Plummer and Co-Lead Counsel*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown (*pro hac vice*)
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Michael Igelido*

## ATTESTATION

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: March 10, 2023

> By: /s/ *Thomas J. Giblin*
>
> Thomas J. Giblin
> (*pro hac vice*)