# NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FUNKO, INC. DERIVATIVE LITIGATION<br>——————————————<br>This Document Relates to:<br>ALL ACTIONS | Lead Case No. 2:20-cv-03740-VAP-PJW<br><br>[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO STAY ACTION<br><br>Judge: Hon. Virginia A. Phillips |

    Having reviewed the stipulation of Nominal Defendant Funko, Inc.; Defendants Brian Mariotti, Gino Dellomo, Michael Lunsford, Charles Denson, Adam Kriger, Ken Brotman, Diane Irvine, Jennifer Fall Jung, Russell Nickel, and Sarah Kirshbaum Levy; and Plaintiffs Franco Cassella, Dean Marconi, Jacoby Plummer, Amber Evans, and Michael Igelido, and good cause appearing therefor, the Court hereby ORDERS that:

1. This action is stayed pending finalization of the settlement and the filing of a forthcoming motion to approve the settlement.
2. **The matter is set for a status conference on May 1, 2023 at 11:00 a.m.**

**IT IS SO ORDERED.**

Dated: 3/20/23

_____
Hon. Virginia A. Phillips
United States District Judge