LATHAM & WATKINS LLP
   Kevin M. McDonough (*pro hac vice*)
   kevin.mcdonough@lw.com
   Thomas J. Giblin (*pro hac vice*)
   thomas.giblin@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

LATHAM & WATKINS LLP
   Meryn C. N. Grant (State Bar No. 291315)
   meryn.grant@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Counsel for Defendants

[Additional counsel on signature page]

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FUNKO, INC. DERIVATIVE LITIGATION<br>———————————————<br>This Document Relates to:<br>ALL ACTIONS | Lead Case No. 2:20-cv-03740-WLH-PJW<br><br>**JOINT STIPULATION TO STAY ACTION**<br><br>Honorable Wesley L. Hsu |

WHEREAS, on April 23, 2020, Plaintiffs Franco Cassella, Dean Marconi, and Jacoby Plummer filed a stockholder derivative action in this Court on behalf of nominal defendant Funko, Inc. ("Funko") against certain of its officers and directors, captioned *Franco Cassella, et al. v. Brian Mariotti, et al.*, Case No. 2:20-cv-03740 (C.D. Cal.);

WHEREAS, on June 5, 2020, Plaintiff Amber Evans filed a stockholder derivative action in this Court, arising out of the same transactions and events, captioned *Amber Evans v. Brian Mariotti, et al.*, Case No. 2:20-cv-05001;

WHEREAS, on June 16, 2020, Plaintiff Michael Igelido filed a stockholder derivative action in this Court, also arising out of the same transactions and events, captioned *Michael Igelido v. Brian Mariotti, et al.*, Case No. 2:20-cv-05177;

WHEREAS, on July 6, 2020, the Court entered an Order consolidating *Cassella*, *Evans*, and *Igelido* into this derivative action (the "Consolidated Derivative Action") as arising out of the same, or substantially the same, transactions or events (Dkt. No 18);

WHEREAS, this action is related to two other derivative actions, which are based on a derivative theory that demand was wrongfully refused by the board of directors of Funko, but which otherwise share the same nucleus of operative facts as the Consolidated Derivative Action.  One is pending before this Court under the caption *Smith v. Mariotti*, Case No. 2:22-cv-03155-WLH-MAAx (the "*Smith* Action"), and another is pending before the Delaware Court of Chancery under the caption *Fletcher v. Mariotti*, No. 2022-0591 (Del. Ch.) (together, the "Demand Made Derivative Actions");

WHEREAS, on March 13, 2023, the Parties to this Action notified the Court of a global settlement which will resolve this Action and the Demand Made Derivative Actions (Dkt. No. 49), and on March 20, 2023 the Court stayed this Action pending finalization of the settlement and the filing of a motion to approve the settlement (Dkt. No. 50);

JOINT STIPULATION TO STAY ACTION
Case No.: 2:20-cv-03740-WLH-PJW

1  WHEREAS, on April 21, 2023, the Parties to this Action notified the Court that they coordinated with the parties in the Smith Action and agreed to file the settlement papers in the *Smith* Action (Dkt. No. 51);

WHEREAS, during the ensuing months, the parties to this Action and the Demand Made Derivative Actions, with the assistance of a mediator, engaged in negotiations over additional terms ancillary to the agreed-upon relief;

WHEREAS, the parties to this Action and the Demand Made Derivative Actions are currently in the process of completing and formalizing the settlement and, as the parties in the *Smith* Action informed the Court on February 16, 2024 (No. 2:22-cv-03155-WLH-MAAx, Dkt. No. 49), the plaintiffs in the *Smith* Action intend to file a motion for preliminary approval of the proposed settlement in the *Smith* Action no later than March 1, 2024;

WHEREAS, a Status Conference is currently scheduled in this Action for March 1, 2024; and

WHEREAS, the parties have conferred and agree that it would be efficient and in the interest of the conservation of the parties' and the Court's resources for this matter to be stayed pending a ruling on the plaintiffs' motion for final approval of the settlement in the *Smith* Action;

IT IS HEREBY STIPULATED AND AGREED THAT:

1. In light of the settlement reached by the parties, and the plaintiffs' intention to move for approval of that settlement in the *Smith* Action, the parties agree that good cause exists and, subject to the Court's approval, this action should be stayed and all deadlines and status conferences, including the March 1, 2024 status conference, be adjourned pending a final ruling by the court in the *Smith* Action on the forthcoming motion for final approval of the proposed settlement.

IT IS SO STIPULATED.

JOINT STIPULATION TO STAY ACTION
Case No.: 2:20-cv-03740-WLH-PJW

| | |
|---|---|
| 1   DATED: February 20, 2024 | **LATHAM & WATKINS LLP** |

By: /s/ *Thomas J. Giblin*
Thomas J. Giblin
(*pro hac vice*)
Kevin M. McDonough
(*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: thomas.giblin@lw.com
Email: kevin.mcdonough@lw.com
Email: alexis.godfrey@lw.com

Meryn C. N. Grant (State Bar No. 291315)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: meryn.grant@lw.com

*Counsel for Defendants Brian Mariotti, Gino Dellomo, Michael Lunsford, Charles Denson, Adam Kriger, Ken Brotman, Diane Irvine, Jennifer Fall Jung, Russell Nickel, and Sarah Kirshbaum Levy and Nominal Defendant Funko, Inc.*

|   |   |
|---|---|
| 1 | |
| 2 | **THE BROWN LAW FIRM, P.C.** |
|   | /s/ *Robert C. Moest* |
| 3 | Robert C. Moest, Of Counsel (State Bar No. 62166) |
| 4 | 2530 Wilshire Boulevard Second Floor |
| 5 | Santa Monica, California 90403 |
| 6 | Telephone: (310) 915-6628 |
| 7 | Facsimile: (310) 915-9897 |
| 8 | Email: RMoest@aol.com |
| 9 | |
| 10 | **THE BROWN LAW FIRM, P.C.** |
|    | Timothy Brown (*pro hac vice*) |
| 11 | 767 Third Avenue, Suite 2501 |
| 12 | New York, New York 10017 |
|    | Telephone: (516) 922-5427 |
| 13 | Facsimile: (516) 344-6204 |
| 14 | Email: tbrown@thebrownlawfirm.net |
| 15 | *Counsel for Plaintiff Michael Igelido* |
| 16 | |
| 17 | **THE ROSEN LAW FIRM, P.A.** |
|    | Laurence M. Rosen (SBN 219683) |
| 18 | 355 South Grand Avenue, Suite 2450 |
| 19 | Los Angeles, California 90071 |
|    | Telephone: (213) 785-2610 |
| 20 | Facsimile: (213) 226-4684 |
| 21 | Email: lrosen@rosenlegal.com |
| 22 | *Counsel for Plaintiff Amber Evans and Co-Lead Counsel* |
| 23 | |
| 24 | **GAINEY McKENNA & EGLESTON** |
| 25 | Thomas J. McKenna (*pro hac vice*) |
| 26 | 501 Fifth Avenue, 19th Floor |
| 27 | New York, New York 10017 |
|    | Telephone: (212) 983-1300 |
| 28 | Facsimile: (212) 983-0383 |

- 5 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Email: tjmckenna@gme-law.com

*Counsel for Plaintiffs Franco Cassella, Dean Marconi, and Jacoby Plummer and Co-Lead Counsel*

- 6 -

## ATTESTATION

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: February 20, 2024

By: /s/ *Thomas J. Giblin*
Thomas J. Giblin